UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-59-1-TAV-HBG |
| | ) | |
| JOSEPH BEASON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NATIONAL ELEVATOR OF TENNESSEE, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

This matter is before the Court for consideration of the entry of an order of garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of defendant Jay Ann Snyder.

An Application for Writ of Continuing Garnishment [Doc. 40] was filed by the United States of America, and a Writ of Continuing Garnishment [Doc. 41] was duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, Garnishee filed a full and complete Answer on March 9, 2020 [Doc. 43], stating that, at the time of the service of the Writ, Garnishee had custody, control, or possession of non-exempt, disposable earnings.

On April 3, 2020, Defendant was personally served with a copy of the Writ of Continuing Garnishment and notified of the right to object, to assert exemptions, and request a hearing before this Court on the matter of the garnishment [Doc. 45]. Defendant has not filed an objection, asserted any exemption, or requested a hearing.
Case 3:13-cr-00059-TAV-HBG   Document 47   Filed 05/21/20   Page 1 of 2   PageID #: 418

**WHEREFORE, IT IS FURTHER ORDERED** that Garnishee, or its successors and assigns, shall remit to the United States District Court Clerk the non-exempt, disposable earnings (as defined by 28 U.S.C. § 3002(9)), which is the lesser of twenty-five percent (25%) of Defendant's total disposable earnings; or all amounts of Defendant's disposable earnings in excess of thirty (30) times the federal minimum hourly wage – *i.e.*, the amount by which Defendant's disposable earnings exceed $217.50 per week. *See* 15 U.S.C. § 1673(a).

**IT IS FURTHER ORDERED THAT** these sums are to be applied upon the judgment rendered in this cause in the sum of $1,650,000.00, upon which there is an unpaid balance of $1,647,760.00 as of April 21, 2020. Interest does not accrue on this debt.

Payment should be made payable to:

> United States District Court Clerk

and mailed to:

> 800 Market Street, Suite 130
>
> Knoxville, TN 37902.

**ENTERED** *NUNC PRO TUNC* May 1, 2020.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
